UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civ. No. 00-1804 JMR/FLN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | |
| v. | ) | ORDER |
| REED AUSTIN, Defendant. | ) | |

This matter comes before the Court following issuance of a bench warrant for defendant's failure to appear at a court ordered debtor's examination. Defendant has now complied with the requirements of the debtor's examination, and, accordingly,

IT IS HEREBY ORDERED that the bench warrant be discharged.

Ordered this 1st day of May, 2001.

J Earl Cudd
UNITED STATES MAGISTRATE JUDGE

FILED MAY 2 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK